UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MALIK DAWSON,

                      Petitioner,

                                                                                    9:23-CV-0148
v.                                                                          (GTS/MJK)

PATRICK REARDON, Superintendent,
Marcy Correctional Facility,

                      Respondent.
_____

APPEARANCES:                                                OF COUNSEL:

MALIK DAWSON
  Petitioner, *Pro Se*
617 Myrtle Avenue
Albany, New York 12208

HON. LETITIA A. JAMES                           ROBERT C. McIVER, ESQ.
Attorney General for the State of New York      Assistant Attorney General
  Counsel for Respondent
25 Liberty Street - 14th Floor
New York, New York 10005

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

      Malik Dawson ("Petitioner") filed his petition for a writ of *habeas corpus* pursuant to 28

U.S.C. § 2254 on February 3, 2023. (Dkt. No. 1.) By Report-Recommendation dated February

5, 2025, United States Magistrate Judge Mitchell J. Katz recommended that the Petition be

denied and dismissed pursuant to 28 U.S.C. § 2253(c)(2), and that a certificate of appealability be

denied. (Dkt. No. 19.) Petitioner has not filed an objection to the Report-Recommendation and

the time in which to do so has expired. (*See generally* Docket Sheet.)

      After carefully reviewing the relevant papers herein, including Magistrate Judge Katz's

thorough Report-Recommendation, the Court can find no clear-error in the Report-Recommendation:[1]  Magistrate Judge Katz employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts.  As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein, Petitioner's Petition is denied and dismissed, and a Certificate of Appealability is denied.

    **ACCORDINGLY**, it is

    **ORDERED** that Magistrate Judge Katz's Report-Recommendation (Dkt. No. 19) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

    **ORDERED** that Petitioner's Petition for a Writ of *Habeas Corpus* (Dkt. No. 1) is **DISMISSED**; and it is further

    **ORDERED** that the Court declines to issue a Certificate of Appealability because Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2).

Dated: March 25, 2025
       Syracuse, New York

Glenn T. Suddaby
U.S. District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review.  Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition.  When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).